# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Modtech Holdings, Inc<br><br>Debtor(s) | CASE NO.: 6:08-24324 TD<br>ADVERSARY NO.: 6:09-01268-TD<br>**NOTICE OF REFERRAL OF APPEAL** |
|---|---|
| Monteleone & McCrory LLP<br>Plaintiff(s),<br>vs.<br>Modtech Holdings Inc, and Modtech Structures LLC<br>Defendant(s) | Notice of Appeal Filed: 3/15/10<br>Notice of Cross-Appeal Filed:<br>Bankruptcy Filed: 10/20/08 |

**FILED MAR 29 2010**

ED CV 10 - 00466

TO: ALL PARTIES IN INTEREST, AND
[ ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT, OR
[✓] U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

YOU AND EACH OF YOU are hereby notified that the following documents have been filed with the Clerk of the Bankruptcy Court:

[ ] Motion for Leave to Appeal
[ ] Answer in Opposition to Motion for Leave to Appeal
[✓] Notice of ___✓___ Appeal _____ Cross-Appeal
[✓] Appellant's Statement of Election to Transfer Appeal to District Court
[✓] Other [See attached list]

By virtue of Orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U. S. District Court, as indicated above.

DATED: 3/29/10

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
Deputy Clerk

---

### CERTIFICATE OF MAILING

I hereby certify that a true copy of the NOTICE OF APPEAL, NOTICE OF REFERRAL OF APPEAL, TRANSCRIPT ORDER FORM, AND NOTICE OF TRANSCRIPT were mailed to each of the parties listed in the Appeal, at the address set forth with their respective names on this date, together with a copy of the below-referenced applicable ORDER:

[ ] AMENDED ORDER ESTABLISHING AND CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT (referencing appeals originating in bankruptcy cases filed on or before 10/22/94)

[✓] AMENDED ORDER CONTINUING BANKRUPTCY APPELLATE PANELS OF THE NINTH CIRCUIT (referencing appeals originating in bankruptcy cases filed after 10/22/94)

DATED: 3/29/10

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
Deputy Clerk

---

NOTICE OF REFERRAL OF APPEAL (Adversary)
APPEALS: NTC-REF.ADV (Revised 2/2010)

| | |
|---|---|
| Modtech Holdings, Inc | CASE NO.:6:08-24324 TD |
| Debtor(s) | ADVERSARY NO.:6:09-01268 TD |
| Monteleone & McCrory LLP<br>Plaintiff(s), | |
| vs. | |
| Modtech Holdings Inc, and<br>Modtech Structures<br>Defendant(s) | |

✓ Other Documents: Election to Appeal to District Court
Statement of Issues on Appeal
Appellant Designation of Record
Amended Notice of Appeal
Addendum to Record on Appeal

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPEAL SERVICE LIST

[ ] NOTICE OF REFERRAL OF APPEAL
[✓] CERTIFICATE OF READINESS AND COMPLETION OF RECORD

CASE NO.: 6:08-24324 TD                ADVERSARY NO.: 6:09-01268 TD

[ ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
Office of the Clerk
United States Court of Appeals Building
125 South Grand Avenue
Pasadena, CA 91105-1510

[ ] U. S. DISTRICT COURT
Central District of California, Western Division
Civil Intake, Room G-19
312 North Spring Street
Los Angeles, CA 90012-4701

[ ] U. S. DISTRICT COURT
Central District of California, Southern Division
411 West Fourth Street
Room 1053
Santa Ana, CA 92701-4516

[✓] U. S. DISTRICT COURT
Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

[ ] Peter Anderson
OFFICE OF THE U. S. TRUSTEE
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

[ ] Frank Cadigan
OFFICE OF THE U. S. TRUSTEE
411 West Fourth Street, Room 9041
Santa Ana, CA 92701

[✓] OFFICE OF THE U.S. TRUSTEE
3685 Main Street, Suite 300
Riverside, CA 92501

[ ] Jennifer Braun
OFFICE OF THE U. S. TRUSTEE
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:

SEE ATTACHED LIST

APPEAL SERVICE LIST

APPEALS: SERVLIST (Revised 2/2010)

Modtech Holdings, Inc  
   Debtor(s)

CASE NO.: 6:08-24324 TD  
ADVERSARY NO.: 6:09-01268 TD

Monteleone & McCrory LLP  
   Plaintiff(s)

vs.

Modtech Holdings Inc and  
Modtech Structures  
   Defendant(s)

---

**Appellant: Modtech Structures LLC**  
Ira D Kharasch  
James K.T. Hunter  
Pachulski Stang Ziehl & Jones LLP  
10100 Santa Monica Blvd Ste 1100  
Los Angeles, CA 90067

**Appellee: Monteleone & McCrory LLP**  
Scott C Clarkson  
Eve A Marsella  
Clarkson Gore & Marsella, APC  
3424 Carson Street, Ste 350  
Torrance, CA 90503

**Non-appealing defendant: Modtech Holdings Inc**  
Marc J Winthrop  
Charles Liu  
Winthrop Couchot  
660 Newport Center Dr, 4th Fl  
Newport Beach, CA 92660