1  IRA D. KHARASCH (CA Bar #109084)
   JAMES K.T. HUNTER (CA Bar #73369)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., Suite 1100
3  Los Angeles, California 90067
   Telephone:   (310) 277-6910
4  Facsimile:   (310) 201-0760
   Email: ikharasch@pszjlaw.com
5         jhunter@pszjlaw.com

6  Attorneys for Defendant and Appellant Modtech
   Structures LLC

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

                       RIVERSIDE DIVISION
10

11 In re                                    Case No. 6:08-bk-24324-TD

12                                          Chapter 11
   MODTECH HOLDINGS, INC.,
13
           Debtor and Debtor-in-Possession.
14
                                            Adv. Case No. 6:09-ap-01268-TD
15 MONTELEONE & MCCRORY, LLP,

16         Plaintiff,                       **ELECTION TO TRANSFER APPEAL
                                            TO THE UNITED STATES DISTRICT
17 vs.                                      COURT FOR THE CENTRAL
                                            DISTRICT OF CALIFORNIA; NOTICE
18 MODTECH HOLDINGS, INC., and MODTECH      OF RELATED CASES**
   STRUCTURES LLC,
19                                          [NO HEARING REQUIRED]
           Defendants.
20

21

22

23

24

25

26

27

28

51404-008\DOCS_LA:216844.1

On March 15, 2010, Appellant Modtech Structures LLC ("Appellant") filed its notice of appeal from the (1) Order Granting Motion for Summary Judgment Filed by Plaintiff Monteleone & McCrory LLP and (2) Order Denying Motion for Summary Judgment Filed by Defendant Modtech Structures LLC (the "Orders"), which were both entered on March 4, 2010. As permitted under 28 U.S.C. §158(c)(1), and in accordance with Federal Rule of Bankruptcy Procedure 8001(e), Rule 8001-2.1.2.1 of the Local Rules of the United States District Court for the Central District of California[1] and the order Continuing Bankruptcy Appellate Panels of the Ninth Circuit, Appellant hereby elects to have that appeal heard by the United States District Court, of the Central District of California. A true and correct copy of the Notice of Appeal (with the Orders attached hereto) is attached hereto as Exhibit A for clarity of reference.

Dated:   March 15, 2010         PACHULSKI STANG ZIEHL & JONES LLP

                                By   /s/ James K.T. Hunter
                                     Ira D. Kharasch
                                     James K.T. Hunter
                                     Attorneys for Defendant and Appellant,
                                     Modtech Structures LLC

---

[1] Rule 8001-2.1.2.1 provides, "All appeals shall be referred immediately to the Bankruptcy Appellate Panel unless the Appellant files a separate statement of election to transfer appeal to the District Court with the notice of appeal, in which case the notice of appeal shall be referred immediately to the district court."

1

51404-008\DOCS_LA:216844.1

## NOTICE OF RELATED CASES

Pursuant to Rule 83-1.3 of the Local Rules of the United States District Court for the Central District of California, Appellant Modtech Structures LLC hereby files this notice affirming that there are no cases in the United States District Court for the Central District of California that are related to the appeal of the (1) Order Granting Motion for Summary Judgment Filed by Plaintiff Monteleone & McCrory LLP and (2) Order Denying Motion for Summary Judgment Filed by Defendant Modtech Structures LLC.

Dated:   March 15, 2010                    PACHULSKI STANG ZIEHL & JONES LLP

                                           By   /s/ James K.T. Hunter
                                                Ira D. Kharasch
                                                James K.T. Hunter
                                                Attorneys for Defendant and Appellant,
                                                Modtech Structures LLC

| In re:<br>MODTECH HOLDINGS, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 6:08-bk-24324-TD<br><br>Adv. No. 6:09-ap-01268-TD |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ELECTION TO TRANSFER APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA; NOTICE OF RELATED CASES** _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 15, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 15, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**VIA HAND DELIVERY**
The Honorable Thomas B. Donovan
U. S. Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 15, 2010 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                       F 9013-3.1

| In re:<br>MODTECH HOLDINGS, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:08-bk-24324-TD<br>Adv. No. 6:09-ap-01268-TD |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Scott C Clarkson     sclarkson@lawcgm.com
- James K T Hunter     jhunter@pszyjw.com
- Charles Liu     cliu@winthropcouchot.com
- Eve A Marsella     emarsella@lawcgm.com
- United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
- Marc J Winthrop     pj@winthropcouchot.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009     F 9013-3.1